Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1228
Facsimile: +1 (415) 772-7400

Attorneys for Applicant
WEST FACE CAPITAL INC.

FILED

APR - 8 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE UNOPPOSED APPLICATION OF WEST FACE CAPITAL INC. FOR AN ORDER GRANTING LEAVE TO ISSUE A DOCUMENT SUBPOENA PURSUANT TO 28 U.S.C. § 1782<br><br>Applicant. | Case No. CV 19 80 090 MISC SVK<br><br>**WEST FACE CAPITAL INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Assigned to: |

WEST FACE CAPITAL INC.'S CORPORATE DISCLOSURE STATEMENT

1

West Face Capital Inc. ("West Face"), by its attorneys, hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that GABCorp Holdings Inc., which is privately held, is the parent corporation of West Face and no publicly held corporation owns ten percent or more of West Face's stock.

Date: April 8, 2019

Respectfully Submitted,

**WEST FACE CAPITAL INC.**

By: _____
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: +1 (415) 772-1228
Facsimile: +1 (415) 772-7400

Steven E. Sexton (*pro hac vice application forthcoming*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-2179
ssexton@sidley.com

*Attorneys for West Face Capital Inc.*

# CERTIFICATE OF SERVICE

I, Jaime A. Bartlett, hereby certify that I am causing a copy of the foregoing West Face Capital Inc.'s Corporate Disclosure Statement to be served by email on the following:

Ryan Mrazik
Perkins Coie LLP
RMrazik@perkinscoie.com
Tel: +1 (206) 359-8098



_____